

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NICOLAS FIBELA, | § | No. 08-23-00165-CV |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | County Court at Law Number 6 |
| | § | |
| KAREN WOOD, | § | of El Paso County, Texas |
| | § | |
| Appellee. | § | (TC# 2019DCV1242) |
| | § | |

## MEMORANDUM OPINION

This appeal is before the Court on its own motion to determine whether it should be dismissed for want of prosecution. *See* TEX. R. APP. P. 42.3 (providing for involuntary dismissal of civil cases under certain circumstances).

On July 11, 2023, this Court received a letter from the District Clerk stating that the Clerk's Record had been ordered to be delivered on July 10, 2023, but that no payment had been received and thus the record would not be delivered.

On July 12, 2023, this Court received a letter from Appellant stating that, concerning compilation of the Clerk's Record, he had contacted the Court Reporter and made arrangements

for payment.

On July 12, 2023, the Clerk of this Court sent a letter to Appellant stating that the District Clerk was the one who notified the Court that no payment had been received. This letter further instructed Appellant to make arrangements with the District Clerk for preparation of the Clerk's Record by July 21, 2023, or this case would be submitted for dismissal.

On July 24, 2023, this Court received a letter from the District Clerk stating that the Clerk's Record had been ordered to be delivered on July 21, 2023, but that no payment had been received and thus the record would not be delivered.

On July 25, 2023, the District Clerk confirmed that Appellant neither paid for nor made payment arrangements for preparation of the Clerk's Record.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 42.3(b), (c) (providing for dismissal for want of prosecution following ten days' notice and for appellant's failure to comply with a requirement within a specified time, respectively).

LISA J. SOTO, Justice

July 26, 2023

Before Rodriguez, C.J., Palafox, and Soto, JJ.

2